UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BIEDERMAN, et al., | Case No.  23-cv-06640-JSC |
| Plaintiffs, | |
| v. | **PRETRIAL ORDER NO. 2: AMENDED CLASS CERTIFICATION SCHEDULE** |
| FCA US LLC, et al., | |
| Defendants. | |

Following the further case management conference held on August 20, 2025, the Court sets the following class certification deadlines:

| | |
|---|---|
| Cummins Produces Organizational Chart: | August 1, 2025 |
| Submission of Discovery Dispute Joint Letters: | August 29, 2025 |
| Written Discovery Substantial Completion: | October 20, 2025 |
| Begin Expert Discovery: | October 20, 2025 |
| Motion for Class Certification: | February 11, 2026 |
| Class Certification Opposition: | April 27, 2026 |
| Class Certification Reply: | July 11, 2026 |

The Court will set the hearing for class certification in 2026.  The Court sets a further case management conference for November 5, 2025, at 2:00 p.m. via Zoom videoconference.  An updated joint case management conference statement is due one week in advance.

**IT IS SO ORDERED.**

Dated: August 20, 2025

JACQUELINE SCOTT CORLEY
United States District Judge